UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>TROY WAYNE DAVIS,<br><br>　　　　　　　　　　Defendant. | NO:  2:12-CR-120-RMP-4<br><br>ORDER GRANTING MOTION TO TERMINATE SUPERVISED RELEASE |

　　　Before the Court is Defendant Troy Wayne Davis' Motion for Termination of Supervised Release, ECF No. 345.  The Government and the U.S. Probation Department have not objected to Defendant's request.  The Court has reviewed the record and is fully informed.

　　　Defendant represents that he has not had any violations during his two years of supervised release.  *See* ECF 345-1 at 2.  He is gainfully employed, has received recognition for his successful work, has abstained from drugs and alcohol, and is enjoying a stable family life with his spouse.  *Id*.

ORDER GRANTING MOTION TO TERMINATE SUPERVISED RELEASE ~ 1

In light of the foregoing considerations, this Court finds good cause to grant Defendant's Motion to Terminate Supervised Release pursuant to 18 U.S.C. § 3583(e)(1).

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Motion to Terminate Supervised Release, **ECF No. 345**, is **GRANTED**.

The District Court Clerk is directed to enter this Order and to provide copies to counsel and the U.S. Probation Office.

**DATED** this 21st day of October 2015.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER GRANTING MOTION TO TERMINATE SUPERVISED RELEASE ~ 2